IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-31-REB-BNB

LOUIS BUENABENTA, JR.,

    Plaintiff,

v.

CORRECTIONS OFFICER STEVEN BARGER, Individually,
CORRECTIONS OFFICER JENNIFER SCAVARDA, Individually,
PHYSICIAN'S ASSISTANT RUDOLPH WENCL, Individually and,
PHYSICIAN'S ASSISTANT NEAL LOUSBERG, Individually,

    Defendants.

---

### ORDER RE DEPOSITION OF PLAINTIFF LOUIS BUENABENTA, JR., A PERSON IN PRISON

---

Following a review of the unopposed defense Motion to Depose Plaintiff Buenabenta, a person incarcerated within the Colorado Department of Corrections, filed pursuant to Fed. R. Civ. P. 30(a), the Court hereby Finds and Orders, as follows:

1. The Motion is grounded in the provisions of Fed .R. Civ. P. 30(a)(2).

2. Plaintiff Louis Buenabenta, Jr., identifies himself as a witness respecting the claims set out in his Complaint in this matter, and he is in the custody of the Executive Director of the Colorado Department of Corrections. As such, Mr. Buenabenta is a person to be deposed in this matter by the defense and an Order of the Court is required to permit such a deposition.

3. Counsel for Mr. Buenabenta and the defense cooperated in setting a deposition for Mr. Buenabena on August 17, 2005, commencing at 9:00 a.m. at the Colorado State Penitentiary

Page 2

in Canon City, Colorado. Appropriate officials of the Colorado Department of Corrections are willing to assist the process of arranging this deposition.

4.   Counsel to Mr. Buenabenta, Anthony Viorst, Esq., does not object to the proposed deposition of his client or the proposed schedule for that deposition.

5.   On the basis of all of the foregoing, good cause exists and the Court hereby approves and Order the deposition Plaintiff Buenabenta on proper notice and prior to the conclusion of the discovery period established by the Court in this action.

Dated this \_\_15th\_\_ day of July 2005.

BY THE COURT:

_____
BOYD N. BOLAND
UNITED STATES MAGISTRATE JUDGE