**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-0031-REB-BNB

LOUIS BUENABENTA, JR.,

      Plaintiff,

v.

CORRECTIONS OFFICER STEVEN BARGER, individually,
CORRECTIONS OFFICER JENNIFER SCAVARDA, individually,
PHYSICIAN'S ASSISTANT RUDOLPH WENCL, individually, and
PHYSICIAN'S ASSISTANT NEAL LOUSBERG, individually,

      Defendants.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

The matter before the court is the **Joint Stipulated Motion to Dismiss, with Prejudice, Defendants Wencl and Lousberg** [#23], filed on July 15, 2005. After careful review of the motion and the file, the court has concluded that the motion should be granted and plaintiff's claims against defendant Wencl and Lousberg should be dismissed with prejudice.

      **THEREFORE IT IS ORDERED** as follows:

      1. That the **Joint Stipulated Motion to Dismiss, with Prejudice, Defendants Wencl and Lousberg** [#23], filed on July 15, 2005, is **GRANTED**;

      2. That plaintiff's claims against defendants Wencl and Lousberg are **DISMISSED WITH PREJUDICE**, each party to pay their own attorney fees and costs;

3.  That the trial preparation conference set for November 10, 2006, and the jury trial set to commence November 27, 2006, are **VACATED** for defendants Wencl and Lousberg only;

4.  That any pending motion filed on behalf of defendants Wencl and/or Lousberg is **DENIED** as moot; and

5.  That defendants Wencl and Lousberg are **DROPPED** as named parties to this action, and the case caption is amended accordingly.

Dated this 15th day of July, 2005, at Denver, Colorado.

BY THE COURT:


s/Robert E. Blackburn
Robert E. Blackburn
United States District Judge