IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00031-REB-BNB

LOUIS BUENABENTA, JR.,

Plaintiff,

v.

CORRECTIONS OFFICER STEVEN BARGER, individually,
CORRECTIONS OFFICER JENNIFER SCAVARDA, individually,

Defendants.
_____

**ORDER**
_____

This matter is before me on the **Plaintiff's Motion for Court Order to Require the Department of Corrections to Permit Plaintiff to Attend the Depositions of Defendants Barger and Scavarda** (the "Motion"), filed July 27, 2005. Although initially opposed, the parties now have reached an agreement on the matter and have agreed also that I should enter an order granting the Motion under certain terms. The resolution reached by the parties is appropriate. Accordingly,

IT IS ORDERED that the Motion is GRANTED to allow the plaintiff to attend the depositions of defendants Barger and Scavarda under the following conditions:

1)  The depositions of defendants Barger and Scavarda shall not exceed a total of two hours (one hour for each witness);

2)  The depositions shall take place at the Colorado State Penitentiary, the facility where the plaintiff is housed;

3)  The plaintiff shall be shackled, at both his hands and his feet, during the course of

the depositions; and

        4)       The depositions shall occur on August 18, 2005.

IT IS FURTHER ORDERED that the hearing on the Motion scheduled for this afternoon at 4:00 p.m., is VACATED.

Dated August 3, 2005.

                                    BY THE COURT:

                                    /s/ Boyd N. Boland
                                    United States Magistrate Judge