IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00031-REB-BNB

LOUIS BUENABENTA, JR.,

Plaintiff,

v.

CORRECTIONS OFFICER STEVEN BARGER, individually,
CORRECTIONS OFFICER JENNIFER SCAVARDA, individually,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

In view of the parties' indication that this case has been resolved, made in open court this afternoon,

IT IS ORDERED that the plaintiff's **Counsel's Motion to Reconsider Order Denying Motion to Withdraw, and Request for Hearing on September 6, 2005**, is DENIED WITHOUT PREJUDICE as moot.

DATED: September 19, 2005