## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Case No. 05-cv-00031-REB-BNB

LOUIS BUENABENTA, JR.,

    Plaintiff,

v.

CORRECTIONS OFFICER STEVEN BARGER, individually, and
CORRECTIONS OFFICER JENNIFER SCAVARDA, individually,

    Defendants.

## ORDER ADOPTING RECOMMENDATION OF THE
## UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

The matter before me is the **Recommendation of United States Magistrate Judge** [#60], filed November 21, 2005. No objections having been filed to the recommendation, I review it only for plain error. *See **Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005).[1] Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

(1) That the **Recommendation of United States Magistrate Judge** [#60], filed November 21, 2005, is **APPROVED AND ADOPTED** as an order of this court;

---

[1] This standard pertains even though plaintiff filed his request to rescind the settlement agreement while putatively acting *pro se.* **Morales-Fernandez**, 418 F.3d at 1122.

(2) That the **Motion to Enforce Settlement Agreement From Defendants Barger and Scavarda** [#50], filed October 12, 2005, is **GRANTED**;

(3) That defendants **SHALL TENDER** to plaintiff's attorney the agreed settlement amount of $1,500.00, together with the settlement agreement and release previously stipulated;

(4) That plaintiff's attorney is **AUTHORIZED** to execute the settlement agreement and release on behalf of plaintiff;

(5) That plaintiff's attorney **SHALL NOTIFY** the court within two (2) business days of his receipt of the settlement payment and **SHALL FILE** a fully executed copy of the settlement agreement and release at that time; and

(6) That following receipt of such notification and the filing of the settlement agreement and release, this action shall be **DISMISSED WITH PREJUDICE** without further notice or hearing.

Dated December 15, 2005, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge