**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-00031-REB-BNB

LOUIS BUENABENTA, JR.,

     Plaintiff,

v.

CORRECTIONS OFFICER STEVEN BARGER, individually,
CORRECTIONS OFFICER JENNIFER SCAVARDA, individually,

     Defendants.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

On January 23, 2006, the parties filed a **Stipulated Motion to Dismiss With Prejudice With Notice of Receipt Settlement Payment and Executed Settlement Agreement** [#62].  After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Stipulated Motion to Dismiss With Prejudice With Notice of Receipt Settlement Payment and Executed Settlement Agreement** [#62], filed January 23, 2006, is **GRANTED**;

2.  That this action is **DISMISSED WITH PREJUDICE**, with the parties to pay their own attorney fees and costs;

3.  That the Trial Preparation Conference set for November 10, 2006, is

**VACATED**; and

4.  That the jury trial set to commence November 27, 2006, is **VACATED**.

**BY THE COURT:**


**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**